UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 02079
    KENNETH DAVIS
                                                CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-7374

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 01/21/2005 and was confirmed 03/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/24/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED | 16325.00 | 1355.23 | 16325.00 |
| WELLS FARGO AUTO FINANCE | UNSEC W/INTER | 7387.81 | .00 | .00 |
| IL STATE DISBURSEMENT UN | PRIORITY | 2898.33 | 379.50 | 520.18 |
| ACTIVITY COLLECTION SVC | FILED LATE | 128.90 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DIRECT MERCHANT BANK | NOTICE ONLY | .00 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSEC W/INTER | 984.60 | .00 | .00 |
| CITY OF CHICAGO | UNSEC W/INTER | 1030.00 | .00 | .00 |
| DEPENDON COLLECTION SE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL HIGH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDCLR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MENARDS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RIDDLE & ASSOC PC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 269.92 | .00 | .00 |
| TRUSTMARK RECOVERY | UNSEC W/INTER | 985.15 | .00 | .00 |
| TRUSTMARK RECOVERY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDWEST OPERATING ENGINE | UNSEC W/INTER | 985.15 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSEC W/INTER | 868.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 4,494.00 | | 4,494.00 |
| TOM VAUGHN | TRUSTEE | | | 1,306.09 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 24,380.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 02079 KENNETH DAVIS

```
PRIORITY                                       520.18
      INTEREST                                 379.50
SECURED                                     16,325.00
      INTEREST                               1,355.23
UNSECURED                                         .00
ADMINISTRATIVE                              4,494.00
TRUSTEE COMPENSATION                        1,306.09
DEBTOR REFUND                                     .00
                    ---------------    ---------------
TOTALS                24,380.00          24,380.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 09/25/08                    /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE